CAUSE NO. 202542569

| | | |
|---|---|---|
| Gregory Cuellar, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| Shell Energy North America (US) L.P, Shell | § | |
| Energy Resources Company, and Shell | § | 157th JUDICIAL DISTRICT |
| Offshore, Inc. | § | |
| | | |
| Defendants. | | |

## STATE COURT PLEADINGS INDEX

1. 6/18/2025   Original Petition

2. 6/18/2025   Letter to Court requesting issuance of Citations to Shell Energy North America (US) LP, Shell Energy Resources Company and Shell Offshore Inc.

3. 6/20/2025   Declaration of Service for Citation issued to Shell Energy North America (US) LP (A Texas Corporation)

4. 6/23/2025   Declaration of Service for Citation issued to Shell Energy Resources Company

5. 6/23/2025   Declaration of Service for Citation issued to Shell Offshore Inc.

**EXHIBIT A**

6/18/2025 10:12 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 102146785
By: Talitha McCarty
Filed: 6/18/2025 10:12 AM

Certified Document Number: 121136031 - Page 1 of 5

CAUSE NO. _____

| | | |
|---|---|---|
| Gregory Cuellar | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | HARRIS COUNTY, TEXAS |
| Shell Energy North America (US), L.P. | § | |
| Shell Energy Resources Company | § | |
| Shell Offshore Inc. | § | |
| | § | |
| Defendants | § | \_\_\_\_\_ JUDICIAL DISTRICT |

## Original Petition

Gregory Cuellar ("Plaintiff") complains of Shell Energy North America (US), L.P., Shell Energy Resources Company and Shell Offshore Inc. (collectively "Shell" or "Defendants") and would show the court the following:

### I.

### Jurisdiction

1. Plaintiff's claims against Defendant arise under general maritime law. This action is not removable because general maritime law does not create federal question jurisdiction and diversity is lacking.

### II.

### Venue

2. Venue is proper in this County because Defendant is principally based here.

### III.

### Discovery Level

3. Discovery in this matter may be conducted under Level 3 of the Texas Rules of Civil Procedure.

## IV.

## Parties

4. Plaintiff is a resident of Texas.

5. Shell Energy North America (US), L.P. is a Texas corporation which may be served through its registered agent CT Corporation System at 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

6. Shell Energy Resources Company is a company headquartered at 150 N Dairy Ashford Road, Houston, Texas 77079 and may be served through its registered agent CT Corporation System at 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

7. Shell Offshore Inc. is a company headquartered in Houston that may be served through its registered agent CT Corporation System at 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

## V.

## Nature of Action

8. On or about October 17, 2023, Plaintiff was employed by Danos and was working aboard the GC119, which is owned and operated by one of the Shell entities. On that date, Plaintiff fell out of his bunk due to inadequate grab bars. He suffered injuries to his head, neck, leg and toes.

9. Defendant is negligent and grossly negligent for the following reasons:

    a.    failing to train its employees;

    b.    failing to inspect, maintain, and repair equipment;

    c.    failing to maintain a safe work environment;

    d.    failing to provide appropriate medical attention;

  e. failing to warn Plaintiff of dangers hidden aboard the GC119;

  f. other acts deemed negligent and grossly negligent.

10. As a result of said occurrence, Plaintiff severe injury to his body. His earning capacity has been severely diminished if not eliminated altogether. Further, he has incurred substantial medical and pharmaceutical costs.

11. Plaintiff sustained severe injuries to his body, which resulted in physical pain, mental anguish, and other medical problems. Plaintiff has sustained severe pain, physical impairment, discomfort, mental anguish, and distress. In all reasonable probability, Plaintiff's physical pain, physical impairment and mental anguish will continue indefinitely. Plaintiff has also suffered a loss of earnings in the past, as well as a loss of future earning capacity. Plaintiff has incurred and will incur pharmaceutical and medical expenses in connection with his injuries.

## VI.

### First Set of Discovery to Defendant

12. Plaintiff notifies each Defendant that their Initial Disclosures are due no later than 30 days after their original answer to this petition is due. Defendants may request Plaintiff to provide Plaintiff's First Set of Discovery Requests in advance of this deadline by emailing the undersigned counsel.

## VII.

### Jury Trial

13. Plaintiff hereby requests a trial by jury on all claims and submits his jury fee herewith.

Certified Document Number: 121136031 - Page 3 of 5

## VIII.

## Prayer

Plaintiff prays that this citation issue and be served upon Defendant in a form and manner prescribed by law, requiring that the Defendant appear and answer, and that upon final hearing, Plaintiff has judgment against Defendant in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of Court, and all such other and further relief, to which Plaintiff show himself justly entitled, which include:

- Past and future medical damages;
- Past and future loss of earning capacity;
- Past and future physical pain and suffering and mental anguish;
- Past and future impairment;
- Past and future disfigurement;

Respectfully submitted,

**PIERCE SKRABANEK PLLC**

*/s/ M. Paul Skrabanek*

M. PAUL SKRABANEK
State Bar No. 24063005
24 Greenway Plaza, Suite 500
Houston, Texas 77046
Telephone: (832) 690-7000
Facsimile: (832) 616-5576
E-mail: paul@pstriallaw.com
service@pstriallaw.com

**ATTORNEYS FOR PLAINTIFF**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kerin Quiroz on behalf of M. Skrabanek
Bar No. 24063005
kerin@pstriallaw.com
Envelope ID: 102146785
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition
Status as of 6/18/2025 11:59 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Office E-Service | | service@psbfirm.com | 6/18/2025 10:12:40 AM | SENT |

Certified Document Number: 121136031 - Page 5 of 5



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   July 11, 2025

Certified Document Number:       121136031 Total Pages: 5

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

6/23/2025 1:42 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 102305598
By: Nathaly Maldonado
Filed: 6/23/2025 1:42 PM

COPY OF PLEADING PROVIDED BY PLT

CAUSE NO. 202542569

RECEIPT NO: 1034364
TRACKING NO: 74497019

| Plaintiff:<br>CUELLAR, GREGORY<br>vs.<br>Defendant:<br>SHELL ENERGY NORTH AMERICA (US) LP | In The 157th<br>Judicial District Court of<br>Harris County, Texas<br>201 CAROLINE<br>Houston, Texas |
|---|---|

### CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

To: SHELL ENERGY NORTH AMERICA (US) LP (A TEXAS CORPORATION) BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET     SUITE 900, DALLAS TX 75201

Attached is a copy of: ORIGINAL PETITION

This instrument was filed on June 18, 2025 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on June 18, 2025, under my hand and seal of said court.



| Issued at the request of: | Marilyn Burgess, District Clerk |
|---|---|
| SKRABANEK, MATTHEW PAUL<br>24 GREENWAY PLAZA, SUITE 500<br><br>HOUSTON, TX 77046<br>832-690-7000<br>Bar Number: 24063005 | Harris County, Texas<br>201 CAROLINE    Houston Texas 77002<br>(PO Box 4651, Houston, Texas 77210)<br><br>Generated By: TALITHA MCCARTY |

Certified Document Number: 121197164 - Page 1 of 3

Tracking Number: 74497019

**CAUSE NUMBER: 202542569**

| | |
|---|---|
| **PLAINTIFF: CUELLAR, GREGORY** | In the 157th |
| vs. | Judicial District Court of |
| **DEFENDANT: SHELL ENERGY NORTH AMERICA (US) LP** | Harris County, Texas |

OFFICER – AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. on the _____ day of _____, 20_____. Executed at

(Address)_____
_____ in

_____ County at _____ o'clock ___. M. On the _____ day of _____, 20_____, by

Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the «Attachment». Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____, 20.

Fees $_____

_____
    By_____
        Affiant                                                                 Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20__.

_____
                                     Notary Public

Certified Document Number: 121197164 - Page 2 of 3

CAUSE NUMBER: 2025-42569

GREGORY CUELLAR
PLAINTIFF

VS.                                              IN THE 157TH JUDICIAL DISTRICT
                                                 COURT OF HARRIS COUNTY TEXAS

SHELL ENERGY NORTH AMERICA (US)
ET AL
DEFENDANT

## DECLARATION OF SERVICE

My name is **MAURICIO SEGOVIA**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1301 E. Bardin Rd. #182919 , Arlington  TX , 76096, U.S.A.

ON **Friday June 20, 2025 AT 08:56 AM - CITATION**, **ORIGINAL PETITION** came to hand for service upon **SHELL ENERGY NORTH AMERICA (US) LP (A TEXAS CORPORATION) BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM** .

On **Friday June 20, 2025** at **12:34 PM** - I attempted service at **1999 BRYAN STREET SUITE 900**, **DALLAS**, **TX 75201**, **U.S.A.**   Documents accepted by Intake Specialist, George Martinez.

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                                    DECLARATION

"My name is **MAURICIO SEGOVIA,** I am over the age of Eighteen, my business address is  1301 E. Bardin Rd. #182919 , Arlington  TX , 76096, U.S.A.**,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Dallas County, State of Texas on Friday June 20, 2025**

*[signature: Mauricio Segovia]*

**PSC#1689 EXP. 08/31/26**
Declarant; Appointed in accordance with State Statutes.

2025.06.1037343

efile@courtrecords.com

Certified Document Number: 121197164 - Page 3 of 3



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   July 11, 2025

Certified Document Number:        121197164 Total Pages:  3

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

6/23/2025 2:21 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 102308947
By: Nathaly Maldonado
Filed: 6/23/2025 2:21 PM

Receipt Number: 1034364
Tracking Number: 74497620

**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202542569

| | |
|---|---|
| PLAINTIFF: CUELLAR, GREGORY | In the 157th Judicial |
| vs. | District Court of |
| DEFENDANT: SHELL ENERGY NORTH AMERICA (US) LP | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: SHELL ENERGY RESOURCES COMPANY BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET     SUITE 900
DALLAS TX 75201

   Attached is a copy of ORIGINAL PETITION.
This instrument was filed on June 18, 2025, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this June 18, 2025.



*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002


Generated By: TALITHA MCCARTY

Issued at request of:
SKRABANEK, MATTHEW PAUL
24 GREENWAY PLAZA, SUITE 500
HOUSTON, TX  77046
832-690-7000
Bar Number: 24063005

Certified Document Number: 121198081 - Page 1 of 3

Tracking Number: 74497020

CAUSE NUMBER: 202542569

| | |
|---|---|
| PLAINTIFF: CUELLAR, GREGORY | In the 157th |
| vs. | Judicial District Court |
| DEFENDANT: SHELL ENERGY NORTH AMERICA (US) LP | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____. M., on the _____ day of _____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock ____. M., on the _____ day of _____, 20 _____,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, 20 _____.

FEE: $ _____                                    _____
                                                        _____ of _____
County, Texas
_____        By: _____
          Affiant                              Deputy

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of _____, 20 _____

                                        _____
                                                    Notary Public

Certified Document Number: 121198081 - Page 2 of 3

CAUSE NUMBER: 2025-42569

GREGORY CUELLAR
PLAINTIFF

VS.                                             IN THE 157TH JUDICIAL DISTRICT
                                                COURT OF HARRIS COUNTY TEXAS

SHELL ENERGY NORTH AMERICA (US)
ET AL
DEFENDANT

DECLARATION OF SERVICE

My name is **MAURICIO SEGOVIA**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1301 E. Bardin Rd. #182919 , Arlington  TX , 76096, U.S.A.

ON **Friday June 20, 2025 AT 08:56 AM - CITATION**, **ORIGINAL PETITION** came to hand for service upon **SHELL ENERGY RESOURCES COMPANY BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM** .

On **Friday June 20, 2025** at **12:34 PM** - The above named documents were hand delivered to: **SHELL ENERGY RESOURCES COMPANY BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM @ 1999 BRYAN STREET SUITE 900**, **DALLAS, TX 75201**, **in Person.** Documents accepted by Intake Specialist, George Martinez.

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                                   DECLARATION

"My name is **MAURICIO SEGOVIA,** I am over the age of Eighteen, my business address is  1301 E. Bardin Rd. #182919 , Arlington  TX , 76096, U.S.A.**,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Dallas County, State of Texas on Friday June 20, 2025**

*[signature]*

**PSC#1689 EXP. 08/31/26**
Declarant; Appointed in accordance with State Statutes.

2025.06.1037331

efile@courtrecords.com

Certified Document Number: 121198081 - Page 3 of 3



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   July 11, 2025

Certified Document Number:        121198081 Total Pages: 3

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

6/23/2025 1:53 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 102306492
By: Nathaly Maldonado
Filed: 6/23/2025 1:53 PM

Receipt Number: 1034364
Tracking Number: 74497521

**COPY OF PLEADING PROVIDED BY PLT**

CAUSE NUMBER: 202542569

| | |
|---|---|
| PLAINTIFF: CUELLAR, GREGORY | In the 157th Judicial |
| vs. | District Court of |
| DEFENDANT: SHELL ENERGY NORTH AMERICA (US) LP | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: SHELL OFFSHORE INC BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET      SUITE 900
DALLAS TX 75201

   Attached is a copy of ORIGINAL PETITION.

This instrument was filed on June 18, 2025, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

   YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

   ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this June 18, 2025.



Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002


Generated By: TALITHA MCCARTY

Issued at request of:
SKRABANEK, MATTHEW PAUL
24 GREENWAY PLAZA, SUITE 500
HOUSTON, TX  77046
832-690-7000
Bar Number: 24063005

Certified Document Number: 121201369 - Page 1 of 3

Tracking Number: 74497021

CAUSE NUMBER: 202542569

| | |
|---|---|
| PLAINTIFF: CUELLAR, GREGORY | In the 157th |
| vs. | Judicial District Court |
| DEFENDANT: SHELL ENERGY NORTH AMERICA (US) LP | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock ____. M., on the _____ day of _____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock ____. M., on the _____ day of _____, 20 _____,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of
_____, 20 _____.

FEE: $ _____                    _____
                                        _____ of _____
County, Texas
_____   By: _____
              Affiant                         Deputy

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of
_____, 20 _____

                                        _____
                                                    Notary Public

Certified Document Number: 121201369 - Page 2 of 3

CAUSE NUMBER: 2025-42569

| | |
|---|---|
| **GREGORY CUELLAR**<br>**PLAINTIFF** | |
| VS. | IN THE 157TH JUDICIAL DISTRICT<br>COURT OF HARRIS COUNTY TEXAS |
| **SHELL ENERGY NORTH AMERICA (US)**<br>**ET AL**<br>**DEFENDANT** | |

DECLARATION OF SERVICE

My name is **MAURICIO SEGOVIA**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1301 E. Bardin Rd. #182919 , Arlington  TX , 76096, U.S.A.

ON **Friday June 20, 2025 AT 08:56 AM - CITATION**, **ORIGINAL PETITION** came to hand for service upon **SHELL OFFSHORE INC BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM** .

On **Friday June 20, 2025** at **12:34 PM** - The above named documents were hand delivered to: **SHELL OFFSHORE INC BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM @ 1999 BRYAN STREET SUITE 900**, **DALLAS**, **TX 75201**, **in Person.** Documents accepted by Intake Specialist, George Martinez.

**FURTHER AFFIANT SAYETH NOT.**

| STATE OF TEXAS | DECLARATION |
|---|---|

"My name is **MAURICIO SEGOVIA,** I am over the age of Eighteen, my business address is  1301 E. Bardin Rd. #182919 , Arlington  TX , 76096, U.S.A.**,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Dallas County, State of Texas on Friday June 20, 2025**

*[signature]*

**PSC#1689 EXP. 08/31/26**
Declarant; Appointed in accordance with State Statutes.

2025.06.1037340

efile@courtrecords.com

Certified Document Number: 121201369 - Page 3 of 3



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   July 11, 2025

Certified Document Number:        121201369 Total Pages: 3

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**